# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Carol A Thomson | § | Case No. 13-47986 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on July 7, 2015
in Courtroom  644, U.S. Courthouse
219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                              Clerk of the Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| Carol A Thomson | § | Case No. 13-47986 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 7,885.55 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,885.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 5 | Green Tree Servicing Llc - Withdrawn | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 7,885.55 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: STEVEN R. RADTKE | $ 1,538.56 | $ 0.00 | $ 1,538.56 |
| Trustee Expenses: STEVEN R. RADTKE | $ 4.88 | $ 0.00 | $ 4.88 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 1,543.44 |
| Remaining Balance | $ | 6,342.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,090.95  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  8.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 8,406.32 | $ 0.00 | $ 709.99 |
| 2 | Asset Acceptance Llc Assignee Bank Of America | $ 40,979.55 | $ 0.00 | $ 3,461.09 |
| 3 | American Airlines Fcu | $ 9,994.86 | $ 0.00 | $ 844.16 |
| 4 | American Airlines Fcu | $ 13,399.13 | $ 0.00 | $ 1,131.68 |
| 6 | Capital Recovery V, Llc | $ 2,311.09 | $ 0.00 | $ 195.19 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,342.11 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Carol A Thomson  
       Debtor

Case No. 13-47986-PSH  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: bchavez | Page 1 of 1 | Date Rcvd: Jun 09, 2015 |
|---|---|---|---|
| | Form ID: pdf006 | Total Noticed: 16 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2015.
```
db          +Carol A Thomson,    2250 W Berwyn Ave,    Chicago, IL 60625-1149
21333909    +American Airlines Fcu,    Po Box 619001,    Dfw Airport, TX 75261-9001
21333910    +Armor Systems Co (Original Creditor:Swed,    1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
21333914    +Eos / Cca (Original Creditor:At T),    700 Lonwater Dr,    Norwell, MA 02061-1624
21333917    +Hkcraigassoc (Original Creditor:Medical),    534 S Pineapple Av,    Sarasota, FL 34236-7024
21333919    +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21835916    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 10 2015 01:17:07     ASSET ACCEPTANCE LLC,
              ASSIGNEE BANK OF AMERICA,    PO BOX 2036,    WARREN MI 48090-2036
21333911    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 10 2015 01:17:07
              Asset Acceptance Llc (Original Creditor:,    Po Box 1630,    Warren, MI 48090-1630
22136995     E-mail/PDF: rmscedi@recoverycorp.com Jun 10 2015 01:13:00      Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21333912    +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jun 10 2015 01:17:45     Cook County Treasurer,
              118 N. Clark Street, Suite 112,    Chicago, IL 60602-1590
21794451     E-mail/PDF: mrdiscen@discover.com Jun 10 2015 01:21:06      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21333913    +E-mail/PDF: mrdiscen@discover.com Jun 10 2015 01:21:06      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
21333916     E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2015 01:13:10      Green Tree Servicing L,
              332 Minnesota St Ste 610,    Saint Paul, MN 55101
21931738     E-mail/Text: bankruptcy.bnc@gt-cs.com Jun 10 2015 01:16:44      Green Tree Servicing LLC,
              servicer for Fannie Mae,    POB 6154,    Rapid City, SD 57709
21333915    +E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2015 01:13:11      Gecrb/Sams Club,    Po Box 965005,
              Orlando, FL 32896-5005
21333918    +E-mail/Text: mwilkey@midstatecollections.com Jun 10 2015 01:18:04
              Midstate Collection So (Original Credito,    Po Box 3292,    Champaign, IL 61826-3292
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2015 at the address(es) listed below:
```
              Patrick Semrad     on behalf of Debtor Carol A Thomson psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert L Schwaba     on behalf of Debtor Carol A Thomson rschwaba@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Steven R Radtke    sradtke@chillchillradtke.com,    sradtke@ecf.epiqsystems.com
              Steven R Radtke     on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
                                                                                              TOTAL: 5
```