UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Carol A Thomson | § | Case No. 13-47986 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 517,820.00 *(Without deducting any secured claims)* | Assets Exempt: 24,850.00 |
| Total Distributions to Claimants: 6,342.11 | Claims Discharged Without Payment: 526,721.84 |
| Total Expenses of Administration: 1,543.44 | |

   3) Total gross receipts of $ 7,885.55  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,885.55  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 382,537.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,543.44 | 1,543.44 | 1,543.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 75,436.00 | 75,090.95 | 75,090.95 | 6,342.11 |
| **TOTAL DISBURSEMENTS** | $ 457,973.00 | $ 76,634.39 | $ 76,634.39 | $ 7,885.55 |

4) This case was originally filed under chapter 7 on 12/16/2013 . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2015                    By: /s/STEVEN R. RADTKE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| American Airlines Stock | 1129-000 | 7,885.55 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,885.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer 118 N. Clark Street, Suite 112 Chicago, IL 60602 | | 14,000.00 | NA | NA | 0.00 |
| | Green Tree Servicing L 332 Minnesota St Ste 610 Saint Paul, MN 55101 | | 368,537.00 | NA | NA | 0.00 |
| 5 | Green Tree Servicing Llc | 4110-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 382,537.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,538.56 | 1,538.56 | 1,538.56 |
| STEVEN R. RADTKE | 2200-000 | NA | 4.88 | 4.88 | 4.88 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,543.44 | $ 1,543.44 | $ 1,543.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

Document      Page 5 of 11

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Airlines Fcu Po Box 619001 Dfw Airport, TX 75261 | | 1,500.00 | NA | NA | 0.00 |
| | American Airlines Fcu Po Box 619001 Dfw Airport, TX 75261 | | 11,827.00 | NA | NA | 0.00 |
| | American Airlines Fcu Po Box 619001 Dfw Airport, TX 75261 | | 9,878.00 | NA | NA | 0.00 |
| | Armor Systems Co (Original Creditor:Swed 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | 205.00 | NA | NA | 0.00 |
| | Asset Acceptance Llc (Original Creditor: Po Box 1630 Warren, MI 48090 | | 40,934.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 8,406.00 | NA | NA | 0.00 |
| | Eos / Cca (Original Creditor:At T) 700 Lonwater Dr Norwell, MA 02061 | | 97.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/Sams Club Po Box 965005 Orlando, FL 32896 | | 2,311.00 | NA | NA | 0.00 |
| | Hkcraigassoc (Original Creditor:Medical) 534 S Pineapple Av Sarasota, FL 34236 | | 118.00 | NA | NA | 0.00 |
| | Midstate Collection So (Original Credito Po Box 3292 Champaign, IL 61826 | | 77.00 | NA | NA | 0.00 |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | 83.00 | NA | NA | 0.00 |
| 3 | American Airlines Fcu | 7100-000 | NA | 9,994.86 | 9,994.86 | 844.16 |
| 4 | American Airlines Fcu | 7100-000 | NA | 13,399.13 | 13,399.13 | 1,131.68 |
| 2 | Asset Acceptance Llc Assignee Bank Of America | 7100-000 | NA | 40,979.55 | 40,979.55 | 3,461.09 |
| 6 | Capital Recovery V, Llc | 7100-000 | NA | 2,311.09 | 2,311.09 | 195.19 |
| 1 | Discover Bank | 7100-000 | NA | 8,406.32 | 8,406.32 | 709.99 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 75,436.00 | $ 75,090.95 | $ 75,090.95 | $ 6,342.11 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-47986 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Carol A Thomson | | | | Date Filed (f) or Converted (c): | 12/16/2013 (f) |
| | | | | | 341(a) Meeting Date: | 02/03/2014 |
| For Period Ending: | 09/09/2015 | | | | Claims Bar Date: | 07/11/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 2250 W Berwyn Ave, Chicago Il 60625 | 528,386.00 | 130,849.00 | | 0.00 | FA |
| 2. Mb Finaincial Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 3. Mb Finaincial Savings Account | 56.00 | 0.00 | | 0.00 | FA |
| 4. American Airlines Credit Union Checking Account | 100.00 | 100.00 | | 0.00 | FA |
| 5. American Airlines Credit Union Savings Account | 15.00 | 0.00 | | 0.00 | FA |
| 6. Used Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 7. Used Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 8. 401(K) | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. American Airlines Stock | 6,674.80 | 7,885.55 | | 7,885.55 | FA |
| 10. Estimated 2013 Tax Refund | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 11. 2000 Ford Mustang (65,000 Miles) | 4,013.00 | 334.00 | | 0.00 | FA |
| 12. 1995 Toyota Corolla (150,000 Miles) | 1,950.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $549,344.80     $143,168.55     $7,885.55     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case fully administered. Trustee's Final Report filed and hearing approving same set for 7/7/15

Debtor scheduled interest in American Airlines stock;  Debtor sold stock in American Airlines after filing bankruptcy; Trustee made demand for same and received sum o f $7885.55; Creditor with secured interest in Debtor's home has filed a proof of claim. The trustee has discussed possible short sale with secured creditor.  As of 6/30/14 claims period has not expired.

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Initial Projected Date of Final Report (TFR): 03/31/2015        Current Projected Date of Final Report (TFR): 12/31/2015

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-47986 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: Carol A Thomson | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5554 |
| | | Checking |
| Taxpayer ID No: XX-XXX9305 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 09/09/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/14/14 | 9 | Carol Thomson | Proceeds from Sale of Stock | 1129-000 | $7,885.55 | | $7,885.55 |
| 07/22/15 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,538.56 | $6,346.99 |
| 07/22/15 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $4.88 | $6,342.11 |
| 07/22/15 | 1003 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 8.45 % per court order. | 7100-000 | | $709.99 | $5,632.12 |
| 07/22/15 | 1004 | Asset Acceptance Llc Assignee Bank Of America<br>Po Box 2036<br>Warren, Mi 48090 | Final distribution to claim 2 representing a payment of 8.45 % per court order. | 7100-000 | | $3,461.09 | $2,171.03 |
| 07/22/15 | 1005 | American Airlines Fcu<br>Po Box 619001<br>Dfw Airport, Tx 75261 | Final distribution to claim 3 representing a payment of 8.45 % per court order. | 7100-000 | | $844.16 | $1,326.87 |
| 07/22/15 | 1006 | American Airlines Fcu<br>Po Box 619001<br>Dfw Airport, Tx 75261 | Final distribution to claim 4 representing a payment of 8.45 % per court order. | 7100-000 | | $1,131.68 | $195.19 |
| 07/22/15 | 1007 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 6 representing a payment of 8.45 % per court order. | 7100-000 | | $195.19 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | $7,885.55 | $7,885.55 |
| | Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| | Page Subtotals: | | $7,885.55 | $7,885.55 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

| | | |
|---|---:|---:|
| Subtotal | $7,885.55 | $7,885.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,885.55 | $7,885.55 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5554 - Checking | $7,885.55 | $7,885.55 | $0.00 |
| | $7,885.55 | $7,885.55 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,885.55 |
| Total Gross Receipts: | $7,885.55 |

Page Subtotals:  $0.00   $0.00